## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER  08MJ0510-WMC
             )
    vs        )  ABSTRACT OF ORDER
             )  Booking No. #07270298
Carlos Abel Cervantes Lopez )
             )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___3/4/08___
the Court entered the following order:

 ✓  Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

_____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

   _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed. (Oral Mot of Govt)

_____ Defendant to be released to Pretrial Services for electronic monitoring.

 ✓  Other. Dft is a material witness

            William McCurine, Jr.
            UNITED STATES MAGISTRATE JUDGE

               OR

Received _____  W. SAMUEL HAMRICK, JR. Clerk
  DUSM          by _____ Deputy Clerk

Crim-9 (Rev 6-95)                ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY